UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GARDEN CITY BOXING CLUB, INC., <br><br> Plaintiff, <br><br> v. <br><br> MONICA GODINEZ, et al., <br><br> Defendants. | 2:07-CV-1571 JCM (GWF) <br><br> Date: N/A <br> Time: N/A |

**ORDER**

Presently before the court are the report and recommendations of United States Magistrate Judge George Foley, which were filed on March 11, 2009. (Doc. #69.) Judge Foley ordered certain sanctions and recommended that this court issue further sanctions against defendant Monica Godinez as a result of her failure to comply with discovery requests and orders of the court. Specifically, Judge Foley ordered defendant Godinez to pay plaintiff $2,500 to cover plaintiff's attorney's fees and costs. Judge Foley then recommended that defendant's answer be stricken and that default be entered against her.

Local Rule IB 3-2 states that any party wishing to object to the findings and recommendations of a magistrate judge shall, within ten (10) days from the date of service of the findings and recommendations, file and serve specific written objections together with points and authorities in support thereof. This court then conducts a *de novo* determination of those portions of the specified findings or recommendations to which objections have been made. Here, no

**James C. Mahan**
**U.S. District Judge**

objections were filed.

Upon review of the magistrate judge's findings and recommendations and there being no objections filed,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Magistrate Judge Foley's report and recommendations (Doc. # 69) are AFFIRMED in their entirety. Defendant's answer shall be stricken and default judgment shall be entered against her.

DATED this 2nd day of April, 2009.

*James C. Mahan*

**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**